# United States Bankruptcy Court
## Northern District of Illinois

| In re | **Aida Martinez** | | Case No. | **19-20730** |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **13 converted to Chapter 7** |

## RULE 1019 SCHEDULE OF POST PETITION DEBTS

| | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---|
| 1. | AT&T<br>c/o Bankruptcy<br>4331 Communications Dr., Flr 4W<br>Dallas TX 75211 | General Unsecured | 1783.00 |
| 2. | Credit Management LP<br>6080 Tennyson Parkway, Ste 100<br>Plano, TX 75024-6002 | General Unsecured | 193.01 |
| 3. | Physicians Immediate Care – Chicago<br>PO Box 8799<br>Carol Stream, IL 60197 | General Unsecured | 32.40 |
| 4. | Eagle Falls Dentistry<br>76 Stratford Dr,<br>Bloomingdale, IL 60108 | General Unsecured | 2116.00 |

## DECLARATION

I, the above named Debtor(s), declare under penalty of perjury that I have read the foregoing Rule 1019 Schedule of Post-Petition Debts and that it is true and correct to the best of my information and belief.

Date  **January 20, 2020**

Signature  **/s/Aida Martinez**

**Aida Martinez**
Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.